Carl B. ADAMS, Plaintiff—Appellant

v.

COMPASS BANK, Defendant—
Appellee.

No. 07–20031
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 6, 2007.

Carl B. Adams, Houston, TX, pro se.

William P. Huttenbach, Hirsch &
Westheimer, Houston, TX, for Defendant–
Appellee.

Before KING, HIGGINBOTHAM, and
DAVIS, Circuit Judges.

PER CURIAM: *

After reviewing the record and the
briefs of the parties, we affirm the district
court judgment.

The district court did not abuse its dis-
cretion in refusing appellant's motion to
recuse. A judicial ruling in an earlier case
is not grounds for recusal.

The district court also did not abuse its
discretion in denying plaintiff's motion for
default judgment.

The district court properly concluded
that plaintiff failed to set forth the essen-
tial elements of any claim upon which re-
lief can be granted. The district court,
therefore, correctly granted the defen-

dant's motion to dismiss for failure to state
a claim.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.